OFFICE OF DISCIPLINARY COUNSEL *v.* SHEATSLEY.

[Cite as *Disciplinary Counsel v. Sheatsley* (1995), 72 Ohio St.3d 244.]

(No. 95–9—Submitted February 7, 1995—Decided May 24, 1995.)

*Geoffrey Stern*, Disciplinary Counsel, and *Sally Ann Steuk*, Assistant Disciplinary Counsel, for relator.

*James R. Sheatsley, pro se.*

---

*Per Curiam.* As respondent has offered no reason why he should not receive discipline comparable to that imposed by the Supreme Court of Appeals of West Virginia, we hereby publicly reprimand respondent. Costs taxed to respondent.

*Judgment accordingly.*

MOYER, C.J., DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY, PFEIFER and COOK, JJ., concur.